```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X ELECTRONICALLY FILED
                                        :       DOC #:_____
  X3EAM LTD,                            :       DATE FILED: 12/3/2019
                                        :
                      Plaintiff,        :
                                        :       19 Civ. 7668 (LGS)
          -against-                     :
                                        :       ORDER
  QELLO LLC et al.,                     :
                                        :
                      Defendants.       :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 5, 2019, adjourned the initial conference to December 5, 2019.  Dkt No. 24;

WHEREAS, the November 5, 2019, Order stated that "[i]f any Defendant has not appeared by November 22, 2019, then Plaintiff shall file default judgment materials pursuant to the Court's Individual Rules by November 28, 2019."  Dkt No. 24;

WHEREAS, no Defendant has appeared;

WHEREAS, the Court's Individual Rules, Attachment A, states that default judgment materials shall include a proposed Order to Show Cause for default judgment, supporting papers and additional materials to file on the Docket;

WHEREAS, Plaintiff has not complied with the default judgment procedures.  It is hereby

**ORDERED** that, the initial conference set for December 5, 2019, at 10:30 A.M. is cancelled.  Plaintiff shall, by **December 17, 2019**, file on the Docket all default judgment materials as required in the Court's Individual Rules, Attachment A.

Dated:  December 3, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**