USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/20

# MELONI & McCAFFREY

A Professional Corporation
ATTORNEYS AT LAW
3 Columbus Circle | 15th Floor
New York, New York 10019
Telephone: (212) 520-6089
Facsimile: (917) 210-3758

Robert S. Meloni
Thomas P. McCaffrey

Writer's Direct Telephone: (212) 520-6090
Writer's Email: rmeloni@m2lawgroup.com

January 22, 2020

**BY EMAIL AND ECF**

Honorable Lorna Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED.

The initial conference set for February 6, 2020, at 10:30 A.M. is adjourned to March 13, 2020, at 10:30 A.M.

Dated: January 23, 2020
New York, New York

Re: *X3EAM Ltd v. Qello LLC et al* [1:19-cv-07668-LGS]

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

We are counsel for Plaintiff X3EAM Ltd. I am writing to request modification of the date for the initial status conference set for February 6, 2020 at 10:30 AM. *See* Order dated December 11, 2019 which rescheduled the initial status conference, vacated the Clerk's Default against the Defendants with the consent of Plaintiff, and extended the time for Defendants to respond to the Complaint to February 7, 2020 [Dkt. No. 32].

I am required to appear for a jury trial in the Supreme Court, Westchester County, commencing on February 4, 2020. The trial is expected to last through the end of that week. In addition, I have another trial in California set to commence the week of February 17, 2020 that will last through the middle of the week of February 23, 2020. Finally, Defendants' counsel advised that he has a trial scheduled for March 2, 2020.

This is the first request I have made to adjourn the initial conference. The last scheduled date was adjourned *sua sponte* because I had consented to vacate the Clerk's default for all Defendants, allowing them to answer the Complaint. Accordingly, it is respectfully requested that the Court further adjourn the initial conference to a date convenient to the Court after March 9, 2020.

Respectfully submitted,

MELONI & McCAFFREY
A Professional Corporation

By: _____
Robert S. Meloni

cc: Tom Perry, Esq. (by email and ECF)