| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/9/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X3EAM LTD, as successor in interest to NEXTSTREAM LTD. d/b/a NEXTSTREAM LLC,

        Plaintiff,

-against-

QELLO LLC, Q MEDIA SERVICES, LLC and uCAST LLC d/b/a uCAST GLOBAL,

        Defendants.

1:19-cv-7668-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on April 14, 2020 is adjourned *sine die*. Once the parties have submitted their Proposed Case Management Plan and Scheduling Order in accordance with the Court's March 16, 2020 Order [ECF No. 45], the Court will review and enter a Case Management Plan and Scheduling Order and allow the parties to proceed with discovery.

**SO ORDERED.**

Date: April 9, 2020
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**