USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X3EAM LTD, as successor in interest to NEXTSTREAM LTD. d/b/a NEXTSTREAM LLC,

                Plaintiff,

-against-

QELLO LLC, Q MEDIA SERVICES, LLC, and uCAST LLC d/b/a uCAST GLOBAL,

                Defendants.

1:19-cv-7668-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On September 3, 2020, the Court entered an Order granting the Motion to Withdraw by counsel for Defendants and advising Defendants that if they did not retain substitute counsel within 30 days, the Court would enter a default judgment [ECF No. 56]. On October 9, 2020, having received no notices of appearance for Defendants, the Court issued an Order to Show Cause directing Defendants to appear by counsel at a hearing on October 27, 2020, at 10:30 AM, and show cause why the Court should not strike Defendants' Answer and enter default judgment against Defendants [ECF No. 57]. The Court also ordered that any submissions in connection with the hearing, including notices of appearances, shall be filed on or before October 21, 2020.

On October 21, 2020, Defendants filed their response to the Order to Show Cause: a Notice of Automatic Stay [ECF No. 63]. On September 2, 2020, the three Defendants each filed for chapter 11 bankruptcy before the United States Bankruptcy Court for the Southern District of California, commencing the following cases (collectively, the "Bankruptcy Cases"): (1) Case No. 20-bk-04501 – MM11 (uCast, LLC); (2) Case No. 20-bk-04502 – MM11 (Q Media Services, LLC); and (3) Case No. 20-bk-04503 – MM11 (Qello Holdings, LLC).

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petitions in the United States Bankruptcy Court for the Southern District of California under Case Nos. 20-bk-04501 – MM11, 20-bk-04502 – MM11, and 20-bk-04503 – MM11.

IT IS FURTHER ORDERED that the Show Cause Hearing scheduled for October 27, 2020, at 10:30 AM is adjourned *sine die*.

IT IS FURTHER ORDERED that Defendants shall file a report on the status of the Bankruptcy Cases on or before January 31, 2020, and every three months thereafter, or within one week of the termination of the Bankruptcy Cases or any order lifting the bankruptcy stay with respect to this case.

**SO ORDERED.**

**Date:  October 22, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**