```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X3EAM LTD, as successor in interest to
NEXTSTREAM LTD. d/b/a NEXTSTREAM
LLC,

                     Plaintiff,

          -against-

QELLO LLC, Q MEDIA SERVICES, LLC,
and uCAST LLC d/b/a uCAST GLOBAL,

                     Defendants.

1:19-cv-7668-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a Show Cause hearing on November 29, 2022. As discussed at that hearing, it is HEREBY ORDERED that, on or before December 13, 2022, Plaintiff's counsel must file a notice of voluntary dismissal in this case after obtaining relief from the Bankruptcy Court or otherwise inform the Court how it intends to proceed in this matter.

**SO ORDERED.**

Date: November 29, 2022
New York, NY

                                                               *Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**